UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL ROBINSON,

                Plaintiff,

    -against-

DOE,

                Defendant.

25 CIVIL 5588 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 12, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:    August 14, 2025

        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge